LEVY DAVIS & MAHER, LLP
Jonathan A. Bernstein  (JB 4053)
880 Third Avenue
New York, New York 10022
(212) 371-0033
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LEONIDES CEGEDA and PASCUAL CEGEDA, :
:
individually and on behalf of all others similarly  :    07 Civ. 4656 (RWS) (RLE)
situated, :
:
                            Plaintiffs,   :    **NOTICE OF APPEARANCE**
:
     - against -     :
:
ENCHILADA BOB, INC. db/a/ BIG ENCHILADA :
and ROBERT PALUMBO, :
:
                            Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Enter my appearance as counsel in this case for defendants Enchilada Bob Inc. and Robert Palumbo.

Dated:  New York, New York
         July 28, 2006

                                        LEVY DAVIS & MAHER, LLP

                                By:  _____/s/_____

                                        Jonathan A. Bernstein (JB 4053)
                                        Attorneys for Defendants
                                        880 Third Avenue, Ninth Floor
                                        New York, New York 10022
                                        (212) 371-0033

To:    Michael Faillace (MF 8436)
      Michael Faillace and Associates, P.C.
      110 East 59th Street, 32nd Floor
      New York, New York 10022
      (212) 317-1200
      Attorneys for Plaintiffs