LEVY DAVIS & MAHER, LLP
Jonathan A. Bernstein (JB 4053)
880 Third Avenue
New York, New York 10022
(212) 371-0033
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LEONIDES CEGEDA and PASCUAL CEGEDA, :
:
individually and on behalf of all others similarly : 07 Civ. 4656 (RWS) (RLE)
situated, :
:
Plaintiffs, : **RULE 7.1 STATEMENT**
:
- against - :
:
ENCHILADA BOB, INC. db/a/ BIG ENCHILADA :
and ROBERT PALUMBO, :
:
Defendants. :
------------------------------------x

    Defendant Enchilada Bob, Inc., by its attorneys, Levy Davis & Maher, LLP, hereby certifies that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of stock in it.

Dated: New York, New York
       July 2, 2007

                           LEVY DAVIS & MAHER, LLP


               By:  _____/s/_____

                        Jonathan A. Bernstein (JB 4053)
                        Attorneys for Defendants
                        880 Third Avenue, Ninth Floor
                        New York, New York 10022
                        (212) 371-0033

To: Michael Faillace (MF 8436)
Michael Faillace and Associates, P.C.
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
Attorneys for Plaintiffs