JUL-02-2007 15:49 From:  To:+12123710463  P.2/2

Jul-02-07 16:04  From-LEVY DAVIS MAHER  +12123710463  T-123  P.02/02  F-304



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
LEONIDES CEGEDA and PASCUAL CEGEDA,

individually and on behalf of all others similarly
situated,

                Plaintiffs,

- against -

ENCHILADA BOB, INC. d/b/a/ BIG ENCHILADA
and ROBERT PALUMBO,

                Defendants.
------------------------------X

07 Civ. 4656 (RWS) (RLE)

STIPULATION



IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties that Defendants' time to answer or move in response to the within complaint is extended to and including August 1, 2007.

Dated:  New York, New York
        July 2, 2007

_____
Michael Faillace (MF 8436)
Michael Faillace and Associates, P.C.
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
Attorneys for Plaintiffs

_____
Jonathan A. Bernstein (JB 4053)
Levy Davis & Maher, LLP
800 Third Avenue, Ninth Floor
New York, New York 10022
(212) 371-0033
Attorneys for Defendants

SO ORDERED:

Dated: New York, New York
      July 5, 2007

_____
Robert W. Sweet, U.S.D.J.
(Part 2)

Returned to chambers for scanning on 7/11/07
Scanned by chambers on 7/12/07

MICROFILM  JUL 10 2007