**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LEONIDES CEGEDA and PASCUAL CEGEDA,
individually and on behalf of others similarly
situated,

                                      *Plaintiffs,*

                 -against-

ENCHILADA BOB, INC. d/b/a/ BIG
ENCHILADA, and ROBERT PALUMBO,

                                *Defendants.*
                                    .
-------------------------------------------------------------X

**CONSENT TO JOIN LAWSUIT**

**CONSENTIMIENTO**
**PARA HACER**
**PARTE DE UNA DEMANDA**

**07 CV 4656 (RWS)(RLE)**

**FLSA Collective Action**

**ECF Case**

TO:     Clerk of Court, Southern District of New York
            500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:                 Daniel Segueda

Address / Direccion:           35-47 64th St, Apt. 5G

                                   Woodside, ny 11377

Phone Number / Numero de Teléfono:    (718) 205 2080 (347) 831 6735

Legal Representative / Abogado:       Michael Faillace & Associates, P.C.

            Other / Otro:           N/A

Signature / Firma:

Date / Fecha:                      21 de Agosto, 2007