UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEONIDES CEGEDA and PASCUAL CEGEDA,
individually and on behalf of others similarly
situated,

                                      *Plaintiffs*,

-against-

ENCHILADA BOB, INC. d/b/a/ BIG
ENCHILADA, and ROBERT PALUMBO,

                                      *Defendants*.
------------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 4656 (RWS)(RLE)

FLSA Collective Action

ECF Case

TO:    Clerk of Court, Southern District of New York
         500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:    Buenaventura Cegueda

Address / Direccion:    14-32 Astoria Blvd., 2nd Floor

    Astoria, NY 11102

Phone Number / Numero de Teléfono:    (702) 575-3364

Legal Representative / Abogado:    Michael Faillace & Associates, P.C.

    Other / Otro:    N/A

Signature / Firma:    *[signature]*

Date / Fecha:    24 de Agosto, 2007