

**LEVY DAVIS & MAHER, LLP**
ATTORNEYS AT LAW
880 Third Avenue, Ninth Floor
New York, New York 10022-4730

SHELDON I. LEVY (1927-1999)
MALCOLM H. DAVIS
DAMON R. MAHER
JONATHAN A. BERNSTEIN

HARMON L. FIELDS

TELEPHONE: (212) 371-0033
FACSIMILE: (212) 371-0463
www.levydavis.com
E-MAIL: thefirm@levydavis.com

September 24, 2007

**By Fax Only**

The Honorable Robert W. Sweet
United States District Judge
United States Court House
500 Pearl Street, Room 1920
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07

So ordered
[signature] USDJ
9-24-07

Re: Cegeda v. Enchilada Bob, Inc. and Palumbo,
07 Civ. 4656 (RWS) (RLE)

Dear Judge Sweet:

We represent the defendants in this matter. An initial conference is scheduled for September 26, 2007 at 4:30 p.m.

The parties are pleased to announce that the action has now been settled in principle. The parties have reduced the settlement agreement to writing. Accordingly, we ask that the initial conference be adjourned for 30 pending execution of the settlement. No previous request for adjournment has been made.

Thank you for your attention to this matter.

Respectfully submitted,

[signature]

Jonathan A. Bernstein

JAB;jb

cc: Michael Faillace, Esq.