UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Legecky

-v.-

Enchilada Bob, Inc.

-------------------------------------------------------------X

: 07 Civ. 4656 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07

Please be advised that the conference scheduled

for  Sept 26, 07  has been rescheduled to

Oct 31, 07  at  4:30pm  in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York

Sept 25, 07

_____
ROBERT W. SWEET
United States District Judge