```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LEONIDES CEGEDA and PASCUAL CEGEDA,

individually and on behalf of all others similarly situated,

          Plaintiffs,

  - against -

ENCHILADA BOB, INC. db/a/ BIG ENCHILADA and ROBERT PALUMBO,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 4656 (RWS) (RLE)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND/OR ATTORNEY'S FEES TO ANY PARTY**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties that plaintiff's complaint and defendants' counterclaim are hereby dismissed in their entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

Dated: New York, New York
   September 24, 2007

_____
Michael Faillace (MF 8436)
Michael Faillace and Associates, P.C.
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
Attorneys for Plaintiffs

Dated: New York, New York
   September 26, 2007

_____
Jonathan A. Bernstein (JB 4053)
Levy Davis & Maher, LLP
880 Third Avenue, Ninth Floor
New York, New York 10022
(212) 371-0033
Attorneys for Defendants

SO ORDERED:

Dated: New York, New York
   September 26, 2007

_____
Robert W. Sweet, U.S.D.J.